# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| SCOTT TROOGSTADm et al, | |
| Plaintiffs, | |
| v. | Appellate Case No. |
| CITY OF CHICAGO, and GOVERNOR JAY ROBERT PRITZKER, | 21-3371 |
| Defendants. | |

## DOCKETING STATEMENT

I.    Basis for the District Court's Jurisdiction.

The United States District Court for the Northern District of Illinois had jurisdiction over the matters Complained of under 28 U.S.C. § 1331 because the Complaint seeks an equitable relief and damages under federal statutes and under the US Constitution under 42 U.S.C. § 1983.

II.   Basis for the Appellate Court's Jurisdiction.

The District Court denied a Petition for a Preliminary Injunction on December 21, 2021. Plaintiffs filed a Notice of Appeal on December 22, 2021. This Court therefore has jurisdiction under Federal Rules of Appellate Procedure 4(1)(a) The District Court retains jurisdiction over the matter for all purposes other than the denial of the Preliminary Injunction.

Respectfully Submitted,

s/Jonathan Lubin
Attorney for Plaintiffs

Jonathan Lubin
8800 Bronx Ave.
Suite 100H
Skokie, IL 60077
773 954 2608
jonathan@lubinlegal.com

**CERTIFICATE OF SERVICE**

      I, Jonathan Lubin, hereby certify that I caused a copy of this instrument to be served upon all parties of record by filing it with the Clerk of the United States Court of Appeals for the Seventh Circuit on January 18, 2021, in accordance with the Federal Rules of Appellate Procedure and all Circuit Rules.

s/Jonathan Lubin